Order Prepared By:
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE CENTRAL DISTRICT OF UTAH**

| | |
|---|---|
| LINDA SUDA, <br><br> Plaintiff, <br> vs. <br><br> BAY SIDE, INC., A Utah Corporation, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X. <br><br> Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE** <br><br> Case No. 2:18-CV-496-DB-PMW <br><br> Judge Dee Benson |

This matter is before the Court pursuant to the Stipulated Motion to Dismiss with Prejudice (the "Motion") filed by the parties on November 20, 2018. Having reviewed the Motion, there appears good cause that it should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice.

1

DATED the 21st day of November, 2018

                                BY THE COURT

                                _____
                                United States Judge Dee Benson